| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | NICOLE M. KIM (NYBN 4435806)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave.<br>San Francisco, California 94102<br>Telephone: (415) 436-6401 |
| 7 | Fax: (415) 436-6982<br>E-Mail: nicole.kim@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 09-1171 MMC |
| | ) | |
| | ) | STIPULATION EXCLUDING TIME |
| | ) | UNDER SPEEDY TRIAL ACT |
| v. | ) | COMPUTATION; AND [~~PROPOSED~~] |
| | ) | ORDER |
| JAMES DONALD MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

The parties, through undersigned counsel, STIPULATE that the period from December 10, 2009 through and including January 6, 2010 in the above-captioned matter, should be excluded from the otherwise applicable Speedy Trial Act computation. On December 9, 2009, the matter was set for a preliminary hearing or arraignment on January 6, 2010. At the December 9, 2009 hearing, the time between December 9, 2009 through January 6, 2010 was excluded from computation under the Speedy Trial Act based on effective preparation of counsel. On December 10, 2009, the grand jury for the Northern District of California returned on Indictment

Speedy Trial Act Stipulation and Order      1

in this case. Based on the foregoing, the parties agree to exclude time under the Speedy Trial Act from December 10, 2009 through January 6, 2010, based upon the need for effective preparation of counsel.

Dated: December 11, 2009         JOSEPH P. RUSSONIELLO
United States Attorney

/s/
NICOLE M. KIM
Assistant United States Attorney

Dated: December 11, 2009         /s/
STEVEN KALAR
Attorney for Defendant

### [PROPOSED] ORDER

Based upon the above Stipulation, and for good cause appearing, the Court finds that failing to exclude the time between December 10, 2009 through January 6, 2010 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between December 10, 2009 through January 6, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is HEREBY ORDERED that the time between December 10, 2009 through January 6, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: 12/16/09



HON. _____
United States _____ Judge
Judge Joseph C. Spero

Speedy Trial Act Stipulation and Order