IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JAMES MILLER,<br><br>                Defendant. | No. CR 09-1171 MMC<br><br>[~~PROPOSED~~] STIPULATED ORDER CONTINUING CHANGE OF PLEA HEARING |

The defendant, James Miller, is currently scheduled to enter a change of plea on Wednesday, February 17, 2010 at 2:30 pm. In this stipulated order the parties represent that while Mr. Miller does anticipate entering a plea of guilt, the details of the plea agreement will not be concluded in time for entry of the plea on the 17th.

Therefore, the parties jointly request that the matter be continued to Wednesday, March 10, 2010 at 2:30 p.m. for entry of a change of plea.

The parties further jointly recommend that time be excluded under the Speedy Trial Act between February 17, 2010 and March 10, 2010, to permit for effective preparation of defense counsel.

//

//

//

//

*Miller*, CR 09-1171 MMC
ORD. CONT. PLEA HEARING

1  Therefore, for good cause shown the change of plea hearing now scheduled for
2  February 17, 2010 is vacated. The matter shall be added to the Court's calendar for
3  Wednesday, March 10, 2010 at 2:30 p.m. for change of plea. Time shall be excluded from
4  February 17, 2010 to March 10, 2010 under the Speedy Trial Act, for effective preparation of
5  defense counsel.

7  IT IS SO ORDERED.

  February 17, 2010
9  DATED                           MAXINE M. CHESNEY
10                                 United States District Judge

  IT IS SO STIPULATED.

12   Feb. 16, 2010                        /s
   DATED                           JOSEPH P. RUSSONIELLO
13                                 United States Attorney
14                                 Northern District of California
                                   NICOLE M. KIM
15                                 Assistant United States Attorney

16
   Feb. 16, 2010                         /s
17 DATED                           BARRY J. PORTMAN
                                   Federal Public Defender
18                                 Northern District of California
19                                 STEVEN G. KALAR
                                   Assistant Federal Public Defender