FILED

2010 MAR 11 AM 8:41

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N.D. OF CA. S.F.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-1171 MMC |
| Plaintiff, | [PROPOSED] STIPULATED ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| JAMES DONALD MILLER, JR., | |
| Defendant. | |

On December 9, 2009, this Court released the defendant in the above-entitled case to a community corrections center ("halfway house") with a variety of conditions. Mr. Miller has remained in the halfway house since that date, and has complied with the conditions of release.

In this stipulated order, counsel for Mr. Miller represents that the defendant's mother, Roberta Burriss, is ill with a number of serious diseases. Because of these diseases, Ms. Burriss's physician has opined that she has a high likelihood of mortality within the next ten years.

On Wednesday, March 10, 2010 it is anticipated that Mr. Miller will be entering a plea of guilty to the knowing possession of methamphetamine for distribution. The jointly-recommended sentence in the Fed. R. Crim. Proc. 11(c)(1)(C) plea agreement is ten years: the statutory mandatory-minimum term.

*Miller*, CR 09-1171 MMC
ORD. MOD. TERMS PRETRIAL RELEASE

1    Because the defendant is particularly close to his mother, and because of her fragile
2 health, the parties jointly agree that there are extraordinary circumstances that warrant Mr.
3 Miller spending the roughly three months between the change of plea, and sentencing, in the
4 custody of his mother. Therefore, the defense requests the following modifications to Mr.
5 Miller's conditions of pretrial release:

6   1.   After entry of the guilty plea and filing of this order by the Court, Mr. Miller shall be
7        released to the custody of his mother, Roberta Burriss, and shall reside with her until
8        sentencing in this matter;
9   2.   Pretrial Services shall install electronic monitoring at the residence of Ms. Burriss. Mr.
10       Miller shall be on full curfew, and shall not be permitted to leave Ms. Burriss's
11       residence except for the following circumstances:
12       a.   With prior notice to Pretrial Services, Mr. Miller shall be permitted to attend
13            legal meetings with his counsel, AFPD Steven Kalar, in San Francisco;
14       b.   With prior notice to Pretrial Services, Mr. Miller shall be permitted to attend
15            court appearances and interview(s) with the Probation Office;
16       c.   With prior notice to Pretrial Services, Mr. Miller shall be permitted to attend
17            medical and dental appointments;
18       d.   Mr. Miller shall be permitted to leave the residence to attend psychiatric or
19            psychological counseling with a provider approved by Pretrial Services. Pretrial
20            Services shall be informed of all such appointments;
21       e.   Mr. Miller shall be permitted to leave the residence to attend drug addiction
22            counseling with a provider approved by Pretrial Services. Pretrial Services shall
23            be informed of all such appointments;
24       f.   All other terms and conditions of pretrial release remain in effect. Specifically,
25            Mr. Miller is ordered to continue with psychiatric or psychological counseling,
26 //

h.  *w. th prior permission of PTS, Mr. Miller may leave the residence for church services.* ✓

    g.    shall submit to random drug tests, and shall continue to participate in drug treatment and counseling;

3. Mr. Miller shall not leave Ms. Burriss's residence for any reason not listed above without the express written authorization of this Court;

4. Mr. Miller shall remain on pretrial release, under the above conditions, until sentencing. The defense agrees that he is to be remanded at sentencing.

The government has no objection to these proposed modifications of pretrial release.

Therefore, for good cause shown Mr. Miller's conditions of pretrial release are modified as described above.

IT IS SO STIPULATED.

March 5, 2010
DATED

/s
JOSEPH P. RUSSONIELLO
United States Attorney
Northern District of California
NICOLE KIM
Assistant United States Attorney

March 5, 2010
DATED

/s
BARRY J. PORTMAN
Federal Public Defender
Northern District of California
STEVEN G. KALAR
Assistant Federal Public Defender

IT IS SO ORDERED, *AS MODIFIED*

5/11/2010
DATED

JOSEPH C. SPERO
United States Magistrate Judge

*Miller*, CR 09-1171 MMC
ORD. MOD. TERMS PRETRIAL RELEASE    3